UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **DIRECTV, INC.,** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) No. 3:05cv0679 AS |
| | ) |
| **CURTIS JARRARD,** | ) |
| | ) |
| Defendant. | ) |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on February 2, 2007, and as of today, there were no objections or responses filed. This court now **ADOPTS** the recommendation of the magistrate judge and **DISMISSES** the complaint in this case **WITHOUT PREJUDICE**. Each party is to bear its own costs. **IT IS SO ORDERED.**

DATED: February 23, 2007

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein